UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH RICCI,

                Plaintiff,

    -against-

FVP INVESTMENTS, LLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/9/2025____
```

25 Civ. 6444 (AT)

**<u>ORDER</u>**

ANALISA TORRES District Judge:

On August 8, 2025, the Court ordered the parties to submit a joint letter and proposed case management plan by October 8, 2025. ECF No. 3. Those submissions are now overdue. Accordingly, by **November 10, 2025**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 9, 2025
      New York, New York

                           _____
                              ANALISA TORRES
                       United States District Judge