UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH RICCI,

          Plaintiff,

    -against-

FVP INVESTMENTS, LLC,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/2/2025____

25 Civ. 6444 (AT)

**ORDER**

ANALISA TORRES District Judge:

    The Court has reviewed Defendant's November 19, 2025 pre-motion letter regarding its anticipated motion to dismiss.  ECF No. 15; *see also* ECF No. 21.  Pursuant to Rules III.A and III.B of the undersigned's Individual Practices in Civil Cases, Plaintiff was required to file an opposition pre-motion letter by November 26, 2025.  That submission is now overdue.  Accordingly, by **December 5, 2025**, Plaintiff shall file his opposition pre-motion letter.

    SO ORDERED.

Dated: December 2, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge