UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH RICCI,

Plaintiff,

-against-

FVP INVESTMENTS, LLC,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/28/2026

25 Civ. 6444 (AT)

**ORDER**

ANALISA TORRES District Judge:

By letter dated January 15, 2026, Defendant filed a pre-motion letter seeking leave to file a motion to dismiss.  ECF No. 27.  Plaintiff's response letter was due January 22, 2026.  *See* Rule III(A)(ii), Individual Practices in Civil Cases.  That submission is now overdue.  Accordingly, by **February 4, 2026**, Plaintiff shall file his response letter.

SO ORDERED.

Dated: January 28, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge